IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| DANIELA MORENO, Individually and on behalf of all others similarly situated | § § § | |
| *Plaintiff,* | § § | |
| v. | § | |
| RAUL CANTU, | § | Civil Action No. 7:18-cv-00150 |
| LORENA VILLANUEVA, | § | |
| FAYDALI CANTU, and | § | |
| OLEGARIO CANTU | § § § | |
| *Defendants.* | § | |

**JOINT MOTION
FOR APPROVAL OF SETTLEMENT AND DISMISSAL WITH PREJUDICE**

The parties file this Joint Motion for Approval of Settlement and Dismissal with Prejudice, and respectfully state as follows:

This is an action for unpaid wages under the Fair Labor Standards Act of 1938, as amended ("FLSA"), 29 U.S.C. § 201 *et seq.* Plaintiff asserted she and other similarly-situated individuals were owed unpaid minimum wages and overtime based on their work for Defendants. Defendants deny Plaintiff's allegations. The parties engaged in arms-length settlement negotiations to resolve the bona fide disputes between them, and reached a settlement agreement as to putative class members and the named Plaintiff. This settlement agreement is memorialized in the Stipulation of Settlement and Release attached hereto as Exhibit 1. The parties agree that the settlement agreement reflects a fair and reasonable compromise of Plaintiff's and the putative class members' claims.

Wherefore, the parties respectfully request that the Court approve the settlement agreement and dismiss this case with prejudice.

Respectfully submitted,

/s/ Caitlin Boehne
**CAITLIN BOEHNE**
**ATTORNEY-IN-CHARGE**
Texas Bar No. 24075815
Southern District of Texas Federal ID No. 3146004
cboehne@equaljusticecenter.org

**ANNA BOCCHINI**
Texas Bar No. 24057410
Southern District of Texas Federal ID No. 3145999
abocchini@equaljusticecenter.org

**EQUAL JUSTICE CENTER**
510 S. Congress Ave., Suite 206
Austin, Texas 78704
Tel.: (512) 474-0007, ext. 110
Fax: (512) 474-0008

**ATTORNEYS FOR PLAINTIFF**

/s/ Cesar O. Aguilar
**CESAR O. AGUILAR**
Texas Bar No. 24079975
Southern District of Texas Federal ID No. 1872188
Coalaw956@yahoo.com
2112 S. Shary Road Suite 31 & 34
Mission, Texas 78572
Tel.: (956) 688-8822
Fax: (956) 284-0114

**ATTORNEY FOR DEFENDANTS**

*Joint Motion for Settlement Approval and Dismissal*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2109, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Cesar O. Aguilar
    coalaw956@yahoo.com
    2112 S. Shary Road Suite 31 & 34
    Mission, Texas 78572

                                                 /s/ Caitlin Boehne
                                                 Caitlin Boehne