United States District Court
Southern District of Texas
**ENTERED**
February 20, 2019
David J. Bradley, Clerk

[FILED STAMP: United States District Court, Southern District of Texas, FEB 20 2019, Clerk of Court]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| DANIELA MORENO, Individually and on behalf of all others similarly situated<br><br>*Plaintiff,*<br><br>v.<br><br>RAUL CANTU,<br>LORENA VILLANUEVA,<br>FAYDALI CANTU, and<br>OLEGARIO CANTU<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 7:18-cv-00150 |

## [PROPOSED] AGREED ORDER

Before the Court is a Joint Motion for Approval of Settlement and Dismissal with Prejudice filed jointly by Plaintiff and Defendants. Having reviewed the motion and accompanying exhibits, it appears to the Court that due cause exists to grant the motion.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the settlement agreement presented to the Court is approved, and all claims asserted against Defendants are hereby dismissed in accordance with the terms of the settlement agreement and in their entirety with prejudice, with all costs taxed against the parties incurring same and all attorney's fees borne by the parties incurring same, except as otherwise allocated within the parties' settlement agreement.

SO ORDERED.

SIGNED this 20th day of February, 2019.

_____
UNITED STATES MAGISTRATE JUDGE